GEORGE N. COX, RESPONDENT, v. THERON N. WELLER, APPELLANT.

*Statute of frauds.*

A verbal agreement between W. and F., whereby W., for a valuable consideration, agrees to pay a claim due from F. to C., is not within the statute of frauds, and may be enforced by C.[*]

APPEAL from a judgment entered in favor of the plaintiff, at the Orange County Circuit.

*Hulse, Little & Finn*, for the appellant.

*D. D. McKoon*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment affirmed, with costs.